IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


SHEILA R. GOODSON                                                              PLAINTIFF

V.                                  CIVIL NO. 6:18-cv-06122

ANDREW M. SAUL
Commissioner, Social Security Administration                                  DEFENDANT

## J U D G M E N T

The Court has received a Report and Recommendation (ECF No. 22) from United States

Magistrate Judge Barry A. Bryant.  Plaintiff brings suit pursuant to §205(g) of Title II of the

Social Security Act ("the Act"), 42 U.S.C. §405(g) (2010), seeking judicial review of a final

decision of the Commissioner of the Social Security Administration (SSA) denying her

applications for Supplemental Security Income (SSI), disability Insurance Benefits (DIB), and a

period of disability under Title II and XVI of the Act.  Upon review, the Magistrate recommended

that Plaintiff's case be reversed and remanded. Fourteen (14) days have passed without objections

being filed by the parties.  The matter is now ripe for consideration.


The Court has reviewed this case, and being well and sufficiently advised, finds that the

Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the

Court hereby adopts the Report and Recommendation; reverses the decision of the

Commissioner; and remands this case to the Commissioner for further consideration pursuant to

sentence four of 42 U.S.C. §405(g).

SO ORDERED this 19th day of November 2019.


                                        /s/Robert T. Dawson
                                        ROBERT T. DAWSON
                                        SENIOR U.S. DISTRICT JUDGE